

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00775-CR

Manuel Michael **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5412
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 20, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice